445 A.2d 240

Commonwealth v. Caswell, Appellant.

Petition for Allowance of Appeal Denied Aug. 23, 1982.

Submitted November 6, 1981. John Mercuri, Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.